Jerry C. Carter, Esq. (NSBN 5905)
Katlyn C. Mathy, Esq. (NSBN 16276)
SIERRA CREST BUSINESS LAW GROUP
691 Sierra Rose Drive, Suite B
Reno, Nevada 89511
Telephone: (775) 448-6070
jcarter@sierracrestlaw.com
kmathy@sierracrestlaw.com
*Counsel for Defendants High Desert Plumbing L.L.C.*
*dba Johnson Plumbing, JPH&A LLC, and*
*Western Surety Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BOARD OF TRUSTEES OF THE U.A. LOCAL 350 HEALTH, WELFARE, AND VACATION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL 350 RETIREE HEALTH AND WELFARE PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL 350 DEFINED CONTRIBUTION AND 401(k) PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL 350 JOINT APPRENTICESHIP TRAINING TRUST FUND; BOARD OF TRUSTEES OF THE NORTHERN NEVADA PLUMBERS & PIPEFITTERS VARIABLE DEFINED BENEFIT PLAN, | Case No. 3:22-cv-00553-MMD-CLB<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE** |
| Plaintiffs, | |
| v. | |
| HIGH DESERT PLUMBING L.L.C. d/b/a JOHNSON PLUMBING, a Nevada limited liability company; JPH&A LLC, a Nevada limited liability company; WESTERN SURETY COMPANY, a South Dakota corporation; DOES 1-10, inclusive; ROE ENTITIES I-X, inclusive, | |
| Defendants. | |

Plaintiffs BOARD OF TRUSTEES OF THE U.A. LOCAL 350 HEALTH, WELFARE,

AND VACATION TRUST FUND; BOARD OF TRUSTEES OF THE U.A. LOCAL 350

RETIREE HEALTH AND WELFARE PLAN; BOARD OF TRUSTEES OF THE U.A. LOCAL

350 DEFINED CONTRIBUTION AND 401(k) PLAN; BOARD OF TRUSTEES OF THE U.A.

1    LOCAL 350 JOINT APPRENTICESHIP TRAINING TRUST FUND; and BOARD OF

2    TRUSTEES OF THE NORTHERN NEVADA PLUMBERS & PIPEFITTERS VARIABLE

3    DEFINED BENEFIT PLAN (collectively "Plaintiffs"), by and through their undersigned counsel,

4    and Defendants HIGH DESERT PLUMBING L.L.C. d/b/a JOHNSON PLUMBING, a Nevada

5    limited liability company; JPH&A LLC, a Nevada limited liability company; and WESTERN

6    SURETY COMPANY, a South Dakota corporation (collectively "Defendants"), by and through

7    their undersigned counsel, (Defendants and Plaintiffs, collectively, the "Parties"), pursuant to

8    FRCP 41(a)(1)(A)(ii), hereby stipulate and agree to dismiss Plaintiffs' Complaint and this action

9    without prejudice, with each Party to bear its/their own attorney's fees and costs.

10         Consistent with the foregoing, the Parties, by and through their respective counsel, hereby

11    respectfully request that the Court enter an Order: (i) approving the Parties' stipulation,

12    (ii) dismissing Plaintiffs' Complaint and this action without prejudice, and (iii) vacating all

13    deadlines set forth in the Scheduling Order, as well as any and all other scheduled hearings, dates,

14    or deadlines in this matter, with each Party to bear its/their own attorney's fees and costs.

15    //

16    //

17    //

18    //

19    //

20    //

21    //

22    //

23    //

24    //

25    //

26    //

27    //

28    //

1      IT IS SO STIPULATED AND AGREED.

2          Dated this 25th day of May, 2023.

3    SIERRA CREST BUSINESS LAW GROUP          McDONALD CARANO LLP

4

5    By: */s/ Katlyn C. Mathy*                By: */s/ Philip M. Mannelly*
     Jerry C. Carter, Esq. (NSBN 5905)        Adam Hosmer-Henner (NSBN 12779)
     Katlyn C. Mathy, Esq. (NSBN 16276)       Philip Mannelly (NSBN 14236)
6    691 Sierra Rose Drive, Suite B           Chelsea Latino (NSBN 14227)
     Reno, Nevada 89511                       Kiley Harrison (NSBN 16092)
7                                             McDONALD CARANO LLP
     *Counsel for Defendants*                 100 West Liberty Street, Tenth Floor
8                                             Reno, Nevada 89501

9                                             Lois H. Chang (CA Bar No. 278146)
                                              Xudong (Brian) Fan (CA Bar No. 342024)
10                                            NEYHART, ANDERSON, FLYNN &
                                              GROSBOLL, APC
11                                            369 Pine Street, Suite 800
                                              San Francisco, California 94104
12
                                              *Counsel for Plaintiffs*
13

14

15
                                **IT IS SO ORDERED.**
16

17

18                              _____
                                UNITED STATES DISTRICT JUDGE
19
                                DATED: ____5/26/2023_____
20

21

22

23

24

25

26

27

28